UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN SOUTHERN INSURANCE COMPANY, Plaintiff, | § § § § § | CIVIL ACTION NO 4:25-cv-00465 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| HANN THOM A/C AND HEAT, LLC and JOSEPH HORN, Defendants. | § § § § | |

## ORDER

The parties have provided an agreed notice of settlement of their dispute. Dkt 30.

All claims by Plaintiff against Defendants are DISMISSED WITH PREJUDICE.

Plaintiff may move within ninety days to reinstate the claims against Defendants if approval of documentation or condition precedent fails.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on September 30, 2025, at Houston, Texas.

_____
Hon Charles Eskridge
United States District Judge